IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    23-CR-00259-CNS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PATRICK ESCH and
EDWARD DEAN JAGERS II,

      Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT 1

From a date unknown but no later than the month of July 2016, and continuing thereafter until on or about June 28, 2017, in the State and District of Colorado and elsewhere, the defendants, PATRICK ESCH and EDWARD DEAN JAGERS II did knowingly and voluntarily conspire and agree with one another and with CO-CONSPIRATOR 1 ("CC-1") and CO-CONSPIRATOR 2 ("CC-2"), whose identities are known to the United States Attorney, to commit an offense against the laws of the United States, namely making false statements for the purpose of influencing companies reinsured by the Federal Crop Insurance Corporation, in violation of 18 U.S.C. § 1014.

## MANNER AND MEANS OF THE CONSPIRACY

Acting interdependently, the defendant and others, both known and unknown to the grand jury, carried out the conspiracy using the following manner and means:

1. PATRICK ESCH, EDWARD DEAN JAGERS II, CC-1 and CC-2 agreed to tamper with, injure, and commit depredations against government rain gauges within designated zones of responsibility;

2. PATRICK ESCH tampered with government rain gauges in his area of responsibility in southeast Colorado and western Kansas by, among other means, pouring silicone into rain collection mechanisms, cutting wires powering the gauges, disassembling and tiling collection mechanisms, and by hiring CC-2 to tamper with additional gauges;

3. EDWARD DEAN JAGERS II tampered with a rain gauge near Lamar, Colorado by intentionally placing a metal disc over the rain collection mechanism during precipitation events;

4. EDWARD DEAN JAGERS II directed CC-1 to tamper a rain gauge near Springfield Colorado, designated by National Weather Service Identification code KSPD, colloquially known as the "Little Washington" rain gauge, and referred to in this Information as the "Springfield Rain Gauge," by intentionally placing a pan, sometimes referred to as a "pie tin" or "cake pan" over the rain collection mechanism during precipitation events; and

5.      PATRICK ESCH directed to CC-2 tamper with rain gauges in Southeast Colorado and Western Kansas area of responsibility by, among other means, covering the rain collection mechanism with a pan, puncturing the precipitation collection mechanism, and pouring water out of the collection mechanisms.

## OVERT ACT

6.      In furtherance of the conspiracy's objective, on or about March 29, 2017, CC-1 placed a pan over the Springfield Rain Gauge.

All in violation of Title 18, United States Code, Section 371.

COLE FINEGAN
United States Attorney

By: *Bryan David Fields*
BRYAN DAVID FIELDS
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Bryan.Fields3@usdoj.gov
Attorney for Government