EFENDANT: PATRICK ESCH

AGE/YOB: 72 / 1951

COMPLAINT
FILED? _____ Yes ___X____ No

      If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No


OFFENSE(S): 18 U.S.C. § 371 (Conspiracy to injure and depredate government property )

LOCATION OF
OFFENSE: Baca County, Colorado and elsewhere

PENALTY: NMT 5 years imprisonment, a fine of $250,000, NMT 3 years supervised release, and a Special Assessment fee of $100

AGENT: **Molly Cox**
Special Agent, United States Department of Commerce-Office of Inspector General

AUTHORIZED
BY: Bryan David Fields
Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

Will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.