DEFENDANT:         ED DEAN JAGERS II

AGE/YOB:           61 / 1962

COMPLAINT FILED?   \_\_\_\_\_ Yes     \_\_\_X\_\_\_\_ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    \_\_ Yes     \_X\_ No

OFFENSE(S):        18 U.S.C. § 371 (Conspiracy to injure and depredate government property )

LOCATION OF OFFENSE:    Baca County, Colorado and elsewhere

PENALTY:           NMT 5 years imprisonment, a fine of $250,000, NMT 3 years supervised release, and a Special Assessment fee of $100

AGENT:             **Molly Cox**
                   Special Agent, United States Department of Commerce-Office of Inspector General

AUTHORIZED BY:     Bryan David Fields
                   Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less; \_\_\_ over five days

THE GOVERNMENT

Will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.