IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-cr-00259-CNS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PATRICK ESCH,

        Defendant.

## ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

COMES NOW, Gregory Goldberg of Holland & Hart LLP, and hereby enters his appearance as counsel for the above-named Defendant and further requests that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

Dated: May 16, 2023.

                                            Respectfully submitted,

                                            *s/ Gregory Goldberg*
                                            Gregory Goldberg
                                            Holland & Hart LLP
                                            555 17th Street, Suite 3200
                                            Denver, CO  80202
                                            Phone: (303) 295-8000
                                            ggoldberg@hollandhart.com

                                            *Counsel for Defendant Patrick Esch*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

*s/Gregory Goldberg*
Gregory Goldbrg

21487858_v1