AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America )
v. ) Case No. 1:23-cr-00259-1
Patrick Esch )
)
)
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/16/2023

*Patrick Esch*
Defendant's signature

Signature of defendant's attorney

Gregory Goldberg, Esq.
Printed name of defendant's attorney

Judge's signature

Hon. Scott T. Varholak, U.S. Magistrate Judge
Judge's printed name and title