IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-cr-00259-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK ESCH,

    Defendant.

## NOTICE OF DISPOSITION

Defendant Patrick Esch, by and through his counsel, Gregory Goldberg, of Holland & Hart LLP, hereby notifies the Court that the parties have reached a disposition in this matter.

Dated May 30, 2023.

    Respectfully submitted,

*s/ Gregory Goldberg*
Gregory Goldberg
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO  80202
Phone: (303) 295-8000
ggoldberg@hollandhart.com

*Counsel for Defendant Patrick Esch*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Gregory Goldberg*

21491051_v1