IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   23-cr-00259-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICK ESCH

    Defendants.

## UNITED STATES'S MOTION TO RESTRICT DOCUMENT

The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Bryan D. Fields, Assistant United States Attorney, respectfully moves to restrict the document filed at Doc. No. 48, any order revealing the contents of that document, and the brief filed in support of this motion filed at Doc. No. 50, for the reasons stated in the brief filed in support of this motion.

The United States requests a "Level 2" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 2" restriction would make the document, any order revealing the

//

//

//

contents of that document, and the brief filed in support of this motion accessible to the government, the affected defendant, and the Court.

Dated this 1st day of December, 2023.

                                    Respectfully submitted,

                                    COLE FINEGAN
                                    United States Attorney

By:   s/ *Bryan David Fields*
        Bryan David Fields
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Email: bryan.fields3@usdoj.gov
        Attorney for the Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December 2023, I electronically filed the foregoing **UNITED STATES' MOTION TO RESTRICT DOCUMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

By:   s/ *Bryan David. Fields*
      Bryan David Fields
      Assistant U.S. Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, CO 80202
      (303) 454-0100
      Email: bryan.fields3@usdoj.gov
      Attorney for the Government